1  DEBORAH F. SIRIAS, SB# 102893
       E-Mail: sirias@lbbslaw.com
2  THOMAS S. KIDDE, SB# 61717
       E-Mail: kidde@lbbslaw.com
3  ROBERT M. COLLINS, SB #254915
       E-Mail: rcollins@lbbslaw.com
4  **LEWIS BRISBOIS BISGAARD & SMITH** LLP
   221 North Figueroa Street, Suite 1200
5  Los Angeles, California  90012
   Telephone: 213.250.1800
6  Facsimile: 213.250.7900

7  Attorneys for Defendant
   MS. BUBBLES, INC.

8

9

10             **UNITED STATES DISTRICT COURT**

11             **CENTRAL DISTRICT OF CALIFORNIA**

12

13  L.A. PRINTEX INDUSTRIES, INC., a   |   CASE NO. CV08-07085 DDP (Ex)
    California corporation,

14          Plaintiff,

15     v.                                  **DECLARATION OF ROBERT M.**
                                           **COLLINS IN SUPPORT OF**
16  AEROPOSTALE, a Delaware                **MOTION FOR SUMMARY**
    corporation; CHARLOTTE RUSSE, a        **JUDGMENT OF DEFENDANTS**
17  California corporation; KOHLS, a       **MS. BUBBLES, INC. AND**
    Wisconsin corporation; MS.             **AEROPOSTALE, INC.**
18  BUBBLES, a California corporation;
    RAD CLOTHING, a California
19  corporation; and DOES 1 through 10,    Date:  May 3, 2010

20          Defendants.                     Time:  10:00 a.m.
                                            Courtroom: 3
21

22                                          Discovery Cut-off:  March 31, 2010
                                            Pre-Trial Conf.:    June 7, 2010
23                                          Trial Date:         June 15, 2010
                                            Action Filed:       October 27, 2008
24

25

26  / / /

27  / / /

28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4833-7419-6997.1

I, Robert M. Collins, declare as follows:

1.  I am duly admitted to practice before all the Courts of the State of California and I am an associate in the law firm of Lewis Brisbois Bisgaard & Smith, LLP, counsel of record herein for Defendant Ms. Bubbles, Inc. ("MBI").

2.  I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

3.  I make this Declaration in Support of MBI's Motion for Summary Judgment.

4.  On March 30, 2010, I conducted a search on LexisNexis CourtLink for copyright infringement lawsuits filed by Plaintiff L.A. Printex in the United States District Court for the Central District of California since 2004. Attached hereto as Exhibit "1" is a true and correct print out of result of my LexisNexis Courtlink search.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on April 2, 2010, at Los Angeles, California.

Robert M. Collins

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

EXHIBIT "1"

| | | | | | | | Search Result List | |
|---|---|---|---|---|---|---|---|---|

| Court | Docket Number | Description | Participant | Filed | Date Retrieved | Active or Closed | Identification |
|---|---|---|---|---|---|---|---|
| U.S. District - California Central | 2:08cv299 | L A Printex Industries, Inc v. the Dress Barn, Inc et al | L A Printex Industries Inc A California Corporation | 01/17/2008 | 04/22/2008 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:08cv7638 | L A Printex Industries, Inc v. Rad Clothing, Inc et al | L A Printex Industries Inc A California Corporation | 11/19/2008 | 01/27/2010 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:08cv4560 | L A Printex Industries, Inc v. Charming Shoppes, Inc et al | L A Printex Industries Inc A California Corporation | 07/11/2008 | 02/20/2010 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 8:09cv543 | L A Printex Industries Inc v. Cornflower Inc et al | L A Printex Industries Inc A California Corporation | 05/06/2009 | 02/20/2010 | Active | NOS: (820) Copyrights; Cause: Fed. Question: Real Property |
| U.S. District - California Central | 2:05cv5916 | L A Printex Industries Inc v. Fashion Bug Inc et al | L A Printex Industries Inc A California Corporation | 08/12/2005 | 09/29/2009 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:08cv4937 | L A Printex Industries, Inc v. Clothing for Modern Times, Ltd Et A | L A Printex Industries Inc A California Corporation | 07/28/2008 | 07/25/2009 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:08cv4793 | L A Printex Industries, Inc v. Charlotte Russe, Inc et al | L A Printex Industries Inc A California Corporation | 07/22/2008 | 07/19/2009 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 8:08cv813 | L A Printex Industries Inc v. Up Against the Wall et al | L A Printex Industries Inc A California Corporation | 07/22/2008 | 06/07/2009 | Closed | NOS: (820) Copyrights; Cause: Fed. Question |
| U.S. District - California Central | 2:04cv10420 | L A Printex Industries Inc v. Ross Stores Inc et al | L A Printex Industries Inc A California Corporation | 12/22/2004 | 12/30/2006 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:04cv10421 | L A Printex Industries Inc v. Ross Stores Inc et al | L A Printex Industries Inc A California Corporation | 12/22/2004 | 12/30/2006 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:04cv10427 | L A Printex Industries Inc v. Ross Stores Inc et al | L A Printex Industries Inc A California Corporation | 12/22/2004 | 12/30/2006 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:04cv10429 | L A Printex Industries Inc v. Ross Stores Inc et al | L A Printex Industries Inc A California Corporation | 12/22/2004 | 12/30/2006 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:04cv10432 | L A Printex Industries Inc v. Ross Stores Inc et al | L A Printex Industries Inc A California Corporation | 12/22/2004 | 12/30/2006 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. | 2:04cv10518 | L A Printex | L A Printex | 12/28/2004 | 12/30/2006 | Closed | NOS: (820) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| District - California Central | | Industries Inc v. Silhouette Clothing Inc et al | Industries Inc A California Corporation | | | | Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:04cv10517 | L A Printex Industries Inc v. Rainbow Apparel Distribution Center Corp Et A | L A Printex Industries Inc A California Corporation | 12/28/2004 | 12/30/2006 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:04cv10422 | L A Printex Industries Inc v. Ross Stores Inc et al | L A Printex Industries Inc A California Corporation | 12/22/2004 | 12/30/2006 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:04cv10423 | L A Printex Industries Inc v. Ross Stores Inc et al | L A Printex Industries Inc A California Corporation | 12/22/2004 | 12/30/2006 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:04cv4264 | L A Printex Industries Inc v. Charlotte Russe Inc et al | L A Printex Industries Inc | 06/15/2004 | 12/30/2006 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:04cv4265 | L A Printex Industries Inc v. Wal-Mart Stores Inc et al | L A Printex Industries Inc | 06/15/2004 | 12/21/2005 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:04cv4267 | L A Printex Industries Inc v. MacYs Department Stores Inc Et A | L A Printex Industries Inc | 06/15/2004 | 12/30/2006 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:04cv6824 | L A Printex Industries Inc v. Target Inc et al | L A Printex Industries Inc A California Corporation | 08/16/2004 | 01/08/2007 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:04cv7040 | L A Printex Industries Inc v. J C Penney Company Inc et al | L A Printex Industries Inc A California Corporation | 08/23/2004 | 12/30/2006 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:04cv7220 | L A Printex Industries Inc v. Ross Stores Inc et al | L A Printex Industries Inc A California Corporation | 08/30/2004 | 12/30/2006 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:04cv7517 | L A Printex Industries Inc v. Charming Shoppes Inc et al | L A Printex Industries Inc A California Corporation | 09/09/2004 | 12/30/2006 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:04cv9518 | L A Printex Industries Inc v. Charlotte Russe Inc et al | L A Printex Industries Inc | 11/19/2004 | 12/30/2006 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:04cv9516 | L A Printex Industries Inc v. Charlotte Russe Inc et al | L A Printex Industries Inc A California Corporation | 11/19/2004 | 12/30/2006 | Active | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California | 2:04cv9512 | L A Printex Industries Inc v. Charlotte | L A Printex Industries Inc | 11/19/2004 | 12/30/2006 | Closed | NOS: (820) Copyrights; Cause: Copyright |

| Central | | Russe Inc et al | | | | | Infringement |
|---------|---|---------------|---|---|---|---|--------------|
| U.S. District - California Central | 2:04cv9508 | L A Printex Industries Inc v. Charlotte Russe Inc et al | L A Printex Industries Inc A California Corporation | 11/19/2004 | 11/30/2004 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:04cv9511 | L A Printex Industries Inc v. Charlotte Russe Inc et al | L A Printex Industries Inc | 11/19/2004 | 07/13/2005 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:05cv1346 | L A Printex Industries Inc v. Lane Bryant Inc et al | L A Printex Industries Inc A California Corporation | 02/23/2005 | 03/01/2005 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:05cv210 | L A Printex Industries Inc v. MacYs West Inc et al | L A Printex Industries Inc A California Corporation | 01/11/2005 | 04/25/2007 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:05cv239 | L A Printex Industries Inc v. MacYs West Inc et al | L A Printex Industries Inc A California Corporation | 01/12/2005 | 04/25/2007 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:05cv240 | L A Printex Industries Inc v. MacYs West Inc et al | L A Printex Industries Inc A California Corporation | 01/12/2005 | 12/30/2006 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:05cv3 | L A Printex Industries Inc v. Buckle Inc et al | L A Printex Industries Inc A California Corporation | 01/03/2005 | 01/08/2007 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:05cv319 | L A Printex Industries Inc v. Nordstrom Inc et al | L A Printex Industries Inc A California Corporation | 01/13/2005 | 12/30/2006 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:05cv320 | L A Printex Industries Inc v. Nordstrom Inc et al | L A Printex Industries Inc A California Corporation | 01/13/2005 | 01/19/2005 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:05cv321 | L A Printex Industries Inc v. Nordstrom Inc et al | L A Printex Industries Inc A California Corporation | 01/13/2005 | 01/20/2005 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:05cv324 | L A Printex Industries Inc v. Nordstrom Inc et al | L A Printex Industries Inc A California Corporation | 01/13/2005 | 12/30/2006 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:05cv325 | L A Printex Industries Inc v. Nordstrom Inc et al | L A Printex Industries Inc A California Corporation | 01/13/2005 | 01/21/2005 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:05cv4 | L A Printex Industries Inc v. Buckle Inc et al | L A Printex Industries Inc A California Corporation | 01/03/2005 | 12/30/2006 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:05cv5 | L A Printex Industries Inc v. Sears Roebuck and Co et al | L A Printex Industries Inc A California Corporation | 01/03/2005 | 12/30/2006 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California | 2:05cv57 | L A Printex Industries Inc v. Bang Bang | L A Printex Industries Inc A California | 01/04/2005 | 12/30/2006 | Closed | NOS: (820) Copyrights; Cause: Copyright |

| Central | | Boutiques Inc et al | Corporation | | | | Infringement |
|---------|---|---------|-------------|---|---|---|--------------|
| U.S. District - California Central | 2:05cv58 | L A Printex Industries Inc v. Ashley Stewart Ltd et al | L A Printex Industries Inc A California Corporation | 01/04/2005 | 12/30/2006 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:06cv4640 | L A Printex Industries Inc v. Target Corp et al | L A Printex Industries Inc A California Corporation | 07/25/2006 | 01/08/2007 | Active | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:06cv4641 | L A Printex Industries Inc v. Target Corp et al | L A Printex Industries Inc A California Corporation | 07/25/2006 | 01/08/2007 | Active | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:06cv6303 | L A Printex Industries Inc v. KJ Chois Apparel Inc et al | L A Printex Industries Inc A California Corporation | 10/03/2006 | 11/15/2006 | Active | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:04cv6769 | La Printex Industries Inc v. MacYs West Inc | L A Printex Industries Inc A California Corporation | 08/13/2004 | 03/11/2008 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:08cv300 | L A Printex Industries, Inc v. the Buckle, Inc et al | L A Printex Industries Inc A California Corporation | 01/17/2008 | 07/21/2008 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:08cv1935 | L A Printex Industries, Inc v. KNL, Inc et al | L A Printex Industries Inc A California Corporation | 03/21/2008 | 07/18/2008 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:08cv3238 | L A Printex Industries, Inc v. Pretty Girl of California, Inc Et A | L A Printex Industries Inc A California Corporation | 05/15/2008 | 01/01/2009 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| U.S. District - California Central | 2:08cv3494 | L A Printex Industries, Inc v. Dynasty Fashions, Inc et al | L A Printex Industries Inc A California Corporation | 05/28/2008 | 09/01/2008 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |

Total number of results: 51

| | |
|---|---|
| **Search Title** | Untitled Search 3/30/2010 |
| **Client Matter Code** | 34659-00037 |

**U.S. District Courts (Civil) (Civil)**

| | |
|---|---|
| **Courts** | United States District Courts (Civil) - California Central<br>United States District Courts (Civil) - California Eastern<br>United States District Courts (Civil) - California Northern<br>United States District Courts (Civil) - California Southern |

| | | |
|---|---|---|
| **Litigants** | L.A. Printex | Plaintiff |

| | |
|---|---|
| **Case Types** | Civil |

| | |
|---|---|
| **Nature Of Suit** | Copyrights (820)<br>Patent (830)<br>Trademark (840) |

LexisNexis CourtLink - Printer Friendly Result List                           Page 5 of 5

**Case Status**                    ALL