DEBORAH F. SIRIAS, SB# 102893
E-Mail: sirias@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900
E-mail: sirias@lbbslaw.com

Attorneys for Defendant
MS. BUBBLES, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AEROPOSTALE, a Delaware corporation; CHARLOTTE RUSSE, a California corporation; KOHLS, a Wisconsin corporation; MS. BUBBLES, a California corporation; RAD CLOTHING, a California corporation; and DOES 1 through 10,<br><br>Defendants. | CASE NO. CV08-07085 DDP (Ex)<br><br>Hon. Dean D. Pregerson<br><br>**DECLARATION OF SANJIV CHOPRA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:          May 3, 2009<br>Time:         10:00 a.m.<br>Courtroom:  3<br><br>Pre-Trial<br>  Conference:  June 7, 2010<br>Trial Date:     June 15, 2010<br><br>Action Filed:  October 27, 2008 |

///
///
///
///

4811-2913-0245.1

DECLARATION OF SANJIV CHOPRA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

1  I, Sanjiv Chopra, declare as follows:

2  1.  I am and have been the Treasurer of Ms. Bubbles, Inc. ("MBI") over 5 years. MBI is a defendant in this action brought by L.A. Printex, Inc. for copyright infringement.

5  2.  I have personal knowledge of the facts stated in this Declaration and if called upon as a witness, I could and would competently testify thereto.

7  3.  I make this Declaration in Support of MBI's Motion for Summary Judgment.

9  4.  MBI is a Los Angeles based wholesaler of women's and men's apparel and has been in the fashion industry for over 17 years.

11  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on April 2, 2010, at Los Angeles, California.

*Sanjiv Chopra* (signature)

Sanjiv Chopra