1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AEROPOSTALE, a Delaware corporation; CHARLOTTE RUSSE, a California corporation; KOHLS, a Wisconsin corporation; MS. BUBBLES, a California corporation; RAD CLOTHING, a California corporation; and DOES 1 through 10,<br><br>Defendants. | CASE NO. CV08-07085 DDP (Ex)<br><br>**[PROPOSED] ORDER GRANTING THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS MS. BUBBLES, INC., AND AEROPOSTALE, INC.** |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4812-3038-3621.1

[PROPOSED] ORDER

1  The Motion for Summary Judgment of Defendants Ms. Bubbles, Inc., and
2  Aeropostale, Inc., came on regularly for hearing before this Court on May 3, 2010.
3  After considering the moving and opposition papers, arguments of counsel and all
4  other matters presented to the Court,
5      IT IS HEREBY ORDERED that Defendants Ms. Bubbles, Inc., and
6  Aeropostale, Inc., Motion for Summary Judgment is GRANTED in its entirety.
7
8  **IT IS SO ORDERED.**
9
10 DATED: _____              By_____
11                                The Honorable Dean D. Pregerson
                                  United States District Court Judge